```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 30470
   MILDRED ZENNETTE NICHOLS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3267

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/03/2005 and was confirmed 10/12/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 12/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSEC W/INTER      3795.04         359.98       3795.04
HEALTHCARE ASSOCIATES C   UNSEC W/INTER      4287.53         406.63       4287.53
INTERNAL REVENUE SERVICE  PRIORITY           8653.66         360.37       8653.66
BANK OF AMERICA NA        UNSEC W/INTER    NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     11804.24        1119.50      11804.24
LVNV FUNDING LLC          UNSEC W/INTER      4633.40         443.07       4633.40
ECAST SETTLEMENT CORP     UNSEC W/INTER       968.23          91.81        968.23
ASPIRE                    UNSEC W/INTER      1964.49         186.29       1964.49
HEALTHCARE ASSOC CREDIT   UNSEC W/INTER    NOT FILED            .00           .00
JC PENNEY                 UNSEC W/INTER    NOT FILED            .00           .00
US BANK NA FBS CARD       UNSEC W/INTER    NOT FILED            .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY        1,700.00                     1,700.00
TOM VAUGHN                TRUSTEE                                         2,421.97
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             43,196.21

PRIORITY                                  8,653.66
    INTEREST                                360.37
SECURED                                        .00
UNSECURED                                27,452.93
    INTEREST                              2,607.28
ADMINISTRATIVE                            1,700.00
TRUSTEE COMPENSATION                      2,421.97
DEBTOR REFUND                                  .00
                    --------------       --------------
TOTALS              43,196.21            43,196.21

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 30470 MILDRED ZENNETTE NICHOLS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE